SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QIN CHEN, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Acting Director of USCIS, California Service Center; and ROBERT S. MULLER, Director of Federal Bureau of Investigation, <br><br> Respondents. | No. C 07-2188 JSW <br><br> **ANSWER** |

The Respondents hereby submit their answer to Petitioner's Petition for a Writ of Mandamus to Compel Administrative Action.

1. Paragraph One consists of petitioner's description of his action, to which no response is required.

2. Respondents admit the allegations in Paragraph Two.

**JURISDICTION AND VENUE**

3. Paragraph Three consists of petitioner's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary,

respondents deny that this Court has jurisdiction under any of the provisions cited in Paragraph Three.

4. Respondents admit the allegations in Paragraph Four.

## PARTIES

5. Respondents admit the allegations in Paragraph Five.

6. Respondents admit the allegations in Paragraph Six.

7. Respondents admit the allegations in Paragraph Seven.

8. Respondents admit the allegations in Paragraph Eight.

9. Respondents admit the allegations in Paragraph Nine.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

10. Respondents deny the allegations in the first sentence of Paragraph Ten; the respondents lack sufficient information or knowledge to either admit or deny the allegations in the second sentence of Paragraph Ten.

## FACTUAL ALLEGATIONS

11. Respondents admit the allegations in Paragraph Eleven.

12. Respondents admit the allegations in Paragraph Twelve.

13. Respondents admit the allegations in Paragraph Thirteen.

14. Respondents are without sufficient information to admit or deny the allegations in Paragraph Fourteen as USCIS generally does not track or interfile status inquiry information in the alien registration file.

15. Respondents are without sufficient information to admit or deny the allegations in Paragraph Fifteen as USCIS generally does not track or interfile status inquiry information in the alien registration file.

16. Respondents are without sufficient information to admit or deny the allegations in Paragraph Sixteen.

17. Respondents are without sufficient information to admit or deny the allegations in Paragraph Seventeen as USCIS generally does not track or interfile status inquiry information in the alien registration file.

1    18. Respondents are without sufficient information to admit or deny the allegations in Paragraph Eighteen as USCIS generally does not track or interfile status inquiry information in the alien registration file.

19. Respondents admit the allegations in Paragraph Nineteen, with the exception of petitioner's characterization of the application's transfer to the Nebraska Service Center as "even worse."

20. Respondents are without sufficient information to admit or deny the allegations in Paragraph Twenty.

21. Respondents deny the allegations in Paragraph Twenty-One.

22. Respondents deny the allegations in Paragraph Twenty-Two.

23. Respondents deny the allegations in Paragraph Twenty-Three.

## CAUSE OF ACTION

24. Respondents incorporate its responses to Paragraph One through Twenty-Three as if set forth fully herein.

25. Respondents deny the allegations in Paragraph Twenty-Five. On May 11, 2007, a Request for Evidence (RFE) was mailed to petitioner's attorney of record because of insufficient evidence to support a favorable adjudication. Petitioner has eighty-seven days to respond to the RFE. As of today's date, the Nebraska Service Center has not received a response from petitioner to its RFE. Furthermore, petitioner has a pending a background and security check.

26. Respondents deny the allegations in Paragraph Twenty-Six.

27. Respondents deny the allegations in Paragraph Twenty-Seven.

28. Respondents deny the allegations in Paragraph Twenty-Eight.

29. Respondents deny the allegations in Paragraph Twenty-Nine.

## PRAYER FOR RELIEF

The remaining paragraph under the heading "prayer for relief" consists of petitioner's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, respondents deny this paragraph.

## FIRST AFFIRMATIVE DEFENSE

1  Petitioner's complaint fails to state a claim upon which relief may be granted.

2  **SECOND AFFIRMATIVE DEFENSE**

3  The court should dismiss the Petition for Writ of Mandamus for lack for subject matter

4  jurisdiction.

5

6  WHEREFORE, Respondents pray for relief as follows:

7  That judgment be entered for respondents and against petitioner, dismissing petitioner's

8  Petition for Writ of Mandamus with prejudice; that petitioner takes nothing; and that the Court

9  grant such further relief as it deems just and proper under the circumstances.

10  Dated: June 29, 2007                                  Respectfully submitted,

11                                                                            SCOTT N. SCHOOLS
                                                                                  United States Attorney
12

13                                                                                   /s/
                                                                                  EDWARD A. OLSEN
14                                                                                Assistant United States Attorney
                                                                                  Attorneys for Respondents

ANSWER
C 07-2188 JSW