SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QIN CHEN,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of the<br>U.S. Citizenship and Immigration Services;<br>CHRISTINA POULOS, Acting Director of<br>USCIS, California Service Center, and<br>ROBERT S. MUELLER, Director<br>of Federal Bureau of Investigations;<br><br>    Respondents. | No. C 07-2188 JSW<br><br>**JOINT CASE MANAGEMENT<br>CONFERENCE STATEMENT; and<br>[proposed] ORDER** |

1. Jurisdiction and Service: All parties have been served. Plaintiff brought this complaint under the mandamus statute and under the Administrative Procedure Act. Respondents will argue that the Court lacks jurisdiction to compel Respondents to act in this case.

2. Facts: On May 3, 2005, Petitioner filed a Form I-485 application for adjustment of status to Legal Permanent Resident with USCIS, based on her employment. On April 20, 2007, Petitioner filed this Complaint for a Writ in the Nature of Mandamus, alleging that Defendants are unlawfully withholding or unreasonably delaying action on her application, and asking the Court to compel USCIS to adjudicate her application for adjustment of status. Petitioner's name check is

Joint Case Management Conference Statement
C07-2188 JSW                                1

still pending with the Federal Bureau of Investigations.    Plaintiff alleges that USCIS has failed to timely renew her Employment Authorization Documents over the past two years.

    3.  Legal Issues: The principal legal issue the parties dispute is whether the Court has jurisdiction to compel agency action in this case and if so, whether Respondents' delay, as a matter of law, is arbitrary and not in accordance with the law.

    4.  Motions: The parties intend to file cross-motions for summary judgment and will ask for a hearing date at the case management conference.

    5.  Amendment of Pleadings: None.

    6.  Evidence Preservation: None.

    7.  Disclosures: The parties agree that this Court's review will be confined to the administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

    8.  Discovery: There has been no discovery to date and the parties believe this matter can be resolved without discovery.

    9.  Class Actions: Not applicable.

    10.  Related Cases: None.

    11.  Relief: Petitioner asks that the Court direct USCIS to adjudicate her adjustment of status application and asks for an award of reasonable costs.

    12.  Settlement and ADR: Due to the nature of this litigation the parties will ask to be exempt from the formal ADR process.

    13.  Consent to Magistrate Judge for All Purposes: The parties consent to magistrate judge jurisdiction.

    14.  Other References: None.

    15.  Narrowing of Issues: None.

    16.  Expedited Schedule: The parties believe this matter can be solved through cross-motions for summary judgment.

    17.  Scheduling: The parties will ask for a hearing date on cross-motions for summary judgment at the initial case management conference.

18. Trial: The parties believe the matter can be resolved through motions.

19. Disclosure of Non-party Interested Entities or Persons: None.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: July 16, 2007                                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                                                            /s/
EDWARD OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 16, 2007                                        /s/
QIN CHEN
*Pro Se*

**CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Dated:

JEFFREY S. WHITE
United States District Judge