**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Joint Case Management Conference Statement; and [Proposed] Order**

**Qin Chen v. Michael Chertoff**
**Case No. C 07-2188 JSW**

to be served this date upon the party(ies) as follows:

✓   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

____   **FACSIMILE (FAX)** Telephone No.: (See Below)    I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____   **FEDERAL EXPRESS**

____   **CERTIFIED MAIL**

____   **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Qin Chen, Pro Se
2246 Magnolia Bridge Drive
San Ramon, CA 94582

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 18, 2007 at San Francisco, California.

                         /s/
                  CAROL E WEXELBAUM
                  Legal Assistant