**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QIN CHEN,

    Petitioner,

v.

MICHAEL CHERTOFF, et al.,

    Respondents.

No. C 07-02188 JSW

**ORDER OF REFERRAL TO MAGISTRATE FOR ALL PURPOSES**

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings.

**IT IS SO ORDERED.**

Dated: July 23, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom