**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                                    415.522.2000

**July 23, 2007**

**CASE NUMBER:  CV 07-02188 JSW**
**CASE TITLE:  QIN CHEN-v-MICHAEL CHERTOFF**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable WAYNE D. BRAZIL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WDB** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/23/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                         Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 7/23/07AS
CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA