1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

9    QIN CHEN,

10            Petitioner,                    No.  C 07-02188 WDB

11        v.                                 NOTICE RE CASE MANAGEMENT
                                             CONFERENCE
12   MICHAEL CHERTOFF, et. al.

13            Respondents.
     _____/

14

15        TO ALL PARTIES AND COUNSEL OF RECORD:

16        The above matter has been referred to Magistrate Judge Wayne D. Brazil for all purposes

17   up to and including trial.  A case management conference is set for **Wednesday, August 8,**

18   **2007, at 3:00 p.m.** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street,

19   Oakland, California 94612.   No later than 5 days before the conference, the parties must meet

20   and confer and file a joint case management statement indicating progress or changes which

21   have occurred since the last Joint Case Management Conference Statement was filed on July 18,

22   2007.  If nothing has changed since that time, the parties do not need to file another statement.

23

24   Dated:  July 26, 2007                   Richard W. Wieking, Clerk
                                             United States District Court
25

26                                           *Sarah Weinstein*

27                                           By:  Sarah Weinstein
                                                  Law Clerk/Deputy Clerk
28   Copies to: Parties
                WDB
                Stats