UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: August 8, 2007          Time: 1:30 p.m.

DOCKET NO.       C 07-2188 WDB
TITLE OF CASE    *Qin Chen v. Michael Chertoff, et al.*

APPEARANCES      For Plaintiff:  Pro Se

                 For Defendant:  Edward Olsen, Esq.


FTR: 8/8/07, 1:30 p.m.          Hearing:    (X) In Person  (X) Telephone

PROCEEDINGS

[X] INITIAL STATUS CONFERENCE          [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE         [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)          [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE           [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)  [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)     [] EVIDENTIARY HEARING
[] OTHER:


ORDER TO BE PREPARED BY:  () Plaintiff   () Defendant   (x) Court


**NOTES**

Court conducted Case Management Conference.  See later-filed separate order.

1