SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QIN CHEN,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services;<br>CHRISTINA POULOS, Acting Director of USCIS, California Service Center, and<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigations;<br><br>    Respondents. | No. C 07-2188 JSW<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT; and ORDER** |

1. Jurisdiction and Service: All parties have been served. Plaintiff brought this complaint under the mandamus statute and under the Administrative Procedure Act. Respondents will argue that the Court lacks jurisdiction to compel Respondents to act in this case.

2. Facts: On May 3, 2005, Petitioner filed a Form I-485 application for adjustment of status to Legal Permanent Resident with USCIS, based on her employment. On April 20, 2007, Petitioner filed this Complaint for a Writ in the Nature of Mandamus, alleging that Defendants are unlawfully withholding or unreasonably delaying action on her application, and asking the Court to compel USCIS to adjudicate her application for adjustment of status. Petitioner's name check is still

Joint Case Management Conference Statement
C07-2188 JSW                                    1

1  pending with the Federal Bureau of Investigations.          Plaintiff alleges that USCIS has failed to
2  timely renew her Employment Authorization Documents over the past two years.
3      3. Legal Issues: The principal legal issue the parties dispute is whether the Court has
4  jurisdiction to compel agency action in this case and if so, whether Respondents' delay, as a matter
5  of law, is arbitrary and not in accordance with the law.
6      4. Motions: The parties intend to file cross-motions for summary judgment and will ask for a
7  hearing date at the case management conference.
8      5. Amendment of Pleadings: None.
9      6. Evidence Preservation: None.
10     7. Disclosures: The parties agree that this Court's review will be confined to the administrative
11 record and therefore this proceeding is exempt from the initial disclosure requirements under Fed.
12 R. Civ. P. 26.
13     8. Discovery: There has been no discovery to date and the parties believe this matter can be
14 resolved without discovery.
15     9. Class Actions: Not applicable.
16     10. Related Cases: None.
17     11. Relief: Petitioner asks that the Court direct USCIS to adjudicate her adjustment of status
18 application and asks for an award of reasonable costs.
19     12. Settlement and ADR: Due to the nature of this litigation the parties will ask to be exempt
20 from the formal ADR process.
21     13. Consent to Magistrate Judge for All Purposes: The parties consent to magistrate judge
22 jurisdiction.
23     14. Other References: None.
24     15. Narrowing of Issues: None.
25     16. Expedited Schedule: The parties believe this matter can be solved through cross-motions
26 for summary judgment.
27
28

Joint Case Management Conference Statement
C07-2188 JSW                              2

1   17. Scheduling:  **The schedule for cross-motions for summary judgment is as follows:**

2   • **Both parties' Motions for Summary Judgment are due on <u>November 1, 2007</u>.**

3   • **Both parties' Oppositions are due on <u>November 21, 2007</u>.**

4   • **Both parties' Reply Briefs are due on <u>November 30, 2007</u>.**

The Motions are deemed submitted on November 30, 2007.  The Court will let the parties know if it needs further briefing, or would like to set a date for a hearing.

18. Trial: The parties believe the matter can be resolved through motions.

19. Disclosure of Non-party Interested Entities or Persons: None.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: July 16, 2007                                  Respectfully submitted,

                                                      SCOTT N. SCHOOLS
                                                      United States Attorney


                                                      _____/s/_____
                                                      EDWARD OLSEN
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants


Dated: July 16, 2007                                  _____/s/_____
                                                      QIN CHEN
                                                      *Pro Se*

## CASE MANAGEMENT ORDER

The Joint Case Management Statement and Proposed Order, with additions by the Court for scheduling the parties' cross-motions for summary judgment, are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Dated:  8-10-2007
                                                      _____
                                                      WAYNE D. BRAZIL
                                                      United States Magistrate Judge

Copies: parties (Qin Chen by US Mail), WDB, Stats