SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QIN CHEN, | ) |
| | ) No. C 07-2188-WDB |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF, Secretary | ) **STIPULATION TO EXTEND BRIEFING** |
| of Department of Homeland Security; | ) **SCHEDULE; AND [PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director of the | ) |
| U.S. Citizenship and Immigration Services; | ) |
| CHRISTINA POULOS, Acting Director of | ) |
| USCIS, California Service Center; and | ) |
| ROBERT S. MULLER, Director | ) |
| of Federal Bureau of Investigation, | ) |
| | ) |
| Respondents. | ) |

The petitioner, proceeding *pro se*, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the due date of the parties' motions for summary judgment from November 1, 2007, to November 9, 2007.

| | | |
|---|---|---|
| 1 | Dated: October 29, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| | | United States Attorney |
| 3 | | |
| 4 | | /s/ |
| | | EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney |
| | | Attorneys for Respondents |
| 6 | | |
| 7 | Dated: October 29, 2007 | /s/ |
| | | QIN CHEN |
| 8 | | Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION TO EXTEND BRIEFING SCHEDULE
C 07-2188 WDB