1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                  OAKLAND DIVISION

12 QIN CHEN,                              )
                                          )  No. C 07-2188-WDB
13                 Petitioner,            )
                                          )
14         v.                             )
                                          )
15 MICHAEL CHERTOFF, Secretary            )  **STIPULATION TO EXTEND BRIEFING**
   of Department of Homeland Security;    )  **SCHEDULE; AND ORDER**
16 EMILIO T. GONZALEZ, Director of the    )
   U.S. Citizenship and Immigration Services; )
17 CHRISTINA POULOS, Acting Director of   )
   USCIS, California Service Center; and  )
18 ROBERT S. MULLER, Director             )
   of Federal Bureau of Investigation,    )
19                                        )
                   Respondents.           )
20

21      The petitioner, proceeding *pro se*, and respondents, by and through their attorneys of record,

22 hereby stipulate, subject to approval of the Court, to extend the due date of the parties' motions for

23 summary judgment from November 1, 2007, to November 9, 2007.

24

25

26

27

28

STIPULATION TO EXTEND BRIEFING SCHEDULE
C 07-2188 WDB

1 | Dated: October 29, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

7 | Dated: October 29, 2007

/s/
QIN CHEN
Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   10/30/2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION TO EXTEND BRIEFING SCHEDULE
C 07-2188 WDB