1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 QIN CHEN,                              )
                                          ) No. C 07-2188 WDB
13              Petitioner,               )
                                          )
14         v.                             )
                                          )
15 MICHAEL CHERTOFF, Secretary            ) **PROOF OF SERVICE**
   of Department of Homeland Security;    )
16 EMILIO T. GONZALEZ, Director of the    )
   U.S. Citizenship and Immigration Services; )
17 CHRISTINA POULOS, Acting Director of   )
   USCIS, California Service Center; and  )
18 ROBERT S. MULLER, Director             )
   of Federal Bureau of Investigation,    )
19                                        )
                Respondents.               )
20

21      The undersigned certifies that she is an employee of the office of the United States Attorney

22 for the Northern District of California and is a person of such age and discretion to be competent

23 to serve papers.  The undersigned further certifies that she caused a copy of the following

24 document(s): **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** e-filed on

25 November 9, 2007 and this **PROOF OF SERVICE** to be served this date by mail upon the

26 person(s) at the address(es) stated below, which is (are) the last known address(es):

27 **Qin Chen, Pro Se**
   2246 Magnolia Bridge Drive
28 San Ramon, CA 94582


PROOF OF SERVICE
C 07-2188 WDB

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct. Executed on November 13, 2007 at San Francisco, California.

            /s/
     CAROL E. WEXELBAUM
     Legal Assistant

PROOF OF SERVICE
C 07-2188 WDB