1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12  QIN CHEN,                        )
                                     )   No. C 07-2188-WDB
13              Petitioner,          )
                                     )
14        v.                         )
                                     )
15  MICHAEL CHERTOFF, Secretary      )   **STIPULATION TO CONTINUE CASE**
    of Department of Homeland Security; )  **MANAGEMENT CONFERENCE; AND**
16  EMILIO T. GONZALEZ, Director of the )  **[PROPOSED] ORDER**
    U.S. Citizenship and Immigration Services; )
17  CHRISTINA POULOS, Acting Director of )
    USCIS, California Service Center; and )
18  ROBERT S. MULLER, Director       )
    of Federal Bureau of Investigation, )
19                                   )
                Respondents.         )
20  _____ )

21        The petitioner, currently proceeding *pro se*, and respondents, by and through their attorneys of

22  record, hereby stipulate, subject to approval of the Court, to extend the date of the further case

23  management conference in this case from February 26, 2008, to March 17, 2008, in light of the

24  following:

25        (1) On April 20, 2007, the petitioner filed this mandamus action, seeking an order compelling

26  the United States Citizenship and Immigration Services (USCIS) to adjudicate her I-485

27  application to adjust her status to lawful permanent resident.

28        (2) The parties have filed cross-motions for summary judgment.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
C 07-2188 WDB

1    (3)  On December 11, 2007, this Court issued an order: (a) stating that if this case is not

2    rendered moot by agency action during the first few months of 2008, the Court denies the

3    respondents' motion for summary judgment; (b) declining to rule on petitioner's motion for

4    summary judgment; (c) inviting the parties to engage in discovery on the issue of whether

5    petitioner is in a group that is eligible for a visa now; (d) informing the petitioner that she may file

6    a motion for summary judgment on this issue at any time before February 11, 2008, if she has

7    developed sufficient evidence to support such a motion; (e) stating that if the petitioner has not

8    filed a motion for summary judgment by February 11, 2008, and if USCIS has not by then made a

9    decision on the I-485 application, then by February 19, 2008, the parties shall file a joint case

10   management statement that apprises the Court of any relevant developments that have occurred

11   between the date of the Court's order and now; (f) stating that if the petitioner's group is eligible

12   for visas, or is about to become eligible for visas, it would issue a ruling on the pending motion for

13   summary judgment; and (g) stating that if it is not clear whether petitioner's group is eligible for

14   visas, then on February 26, 2008, the Court would conduct a case management conference.

15   (4)  The petitioner has not propounded any discovery nor filed a motion for summary

16   judgment.

17   (5)  The respondents continue to maintain that the petitioner is in the Second Preference

18   Category, for which visas are not currently available.

19   (6)  The January Visa Bulletin states that the priority date for Second Preference Chinese

20   applicants will be January 1, 2003 (the plaintiff's priority date is March 11, 2004)

21   (7)  The February Visa Bulletin states that the priory date for Second Preference Chinese

22   applicants will be December 1, 2003, an encouraging jump of 11 months.

23   (8)  The parties believe it would be beneficial to wait to see where the priority date for Second

24   Preference Chinese applicants will be according to the forthcoming March Visa Bulletin and,

25   accordingly, ask this Court to delay ruling on the petitioner's motion for summary judgment and to

26   re-schedule a case management conference from February 26, 2008, to March 17, 2008.

27   (9) The parties will file a joint case management statement at least seven days in advance of the

28   new March 17, 2008 case management conference.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
C 07-2188 WDB

Dated: February 19, 2008

Respectfully submitted,

JOSEPH R. RUSSONIELLO
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Dated: February 19, 2008

QIN CHEN
Petitioner

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Further Case Management Conference is continued to Monday, March 17, 2008, at 1:30 p.m. in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California, 94612.

Date: February 21, 2008

WAYNE D. BRAZIL
United States Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Wayne D. Brazil
Judge Wayne D. Brazil

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
C 07-2188 WDB