UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHEN,

        Petitioner,

  v.

CHERTOFF, et al,

        Respondents.

Case Number: CV07-02188 WDB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2008, I SERVED a true and correct copy of the attached Order re: Stipulation to Continue Case Management Conference, dated February 21, 2008, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Qin Chen
2246 Magnolia Bridge
San Ramon, CA 94582

Dated: February 21, 2008

Richard W. Wieking, Clerk
By: Hera Kim, Deputy Clerk

3