# CERTIFICATE OF SERVICE

**Qin Chen v. Michael Chertoff**
**Case No. C 07-2188 WDB**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

Further Joint Case Management Conference Statement and
Second Request to Extend the Date of the Case Management Conference;
and [Proposed] Order

to be served this date upon the party(ies) as follows:

✓   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

____   **FACSIMILE (FAX)**  Telephone No.: (See Below)   I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____   **FEDERAL EXPRESS**

____   **CERTIFIED MAIL**

____   **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Qin Chen, Pro Se
2246 Magnolia Bridge Drive
San Ramon, CA 94582

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 13, 2008 at San Francisco, California.

         /s/
CAROL E WEXELBAUM
Legal Assistant