1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 QIN CHEN,                              )
                                          ) No. C 07-2188-WDB
13           Petitioner,                  )
                                          )
14      v.                                )
                                          )
15 MICHAEL CHERTOFF, Secretary            ) **FURTHER CASE MANAGEMENT**
   of Department of Homeland Security;    ) **STATEMENT**
16 EMILIO T. GONZALEZ, Director of the    )
   U.S. Citizenship and Immigration Services; ) CMC Date:   April 21, 2008
17 CHRISTINA POULOS, Acting Director of   ) CMC Time:   1:30 p.m.
   USCIS, California Service Center; and  )
18 ROBERT S. MULLER, Director             )
   of Federal Bureau of Investigation,    )
19                                        )
             Respondents.                 )
20

21      The petitioner, currently proceeding *pro se*, and respondents, by and through their attorneys of

22 record, hereby jointly submit this further case management statement.

23      (1) On April 20, 2007, the petitioner filed this mandamus action, seeking an order compelling

24 the United States Citizenship and Immigration Services (USCIS) to adjudicate her I-485

25 application to adjust her status to lawful permanent resident.

26      (2) The parties have filed cross-motions for summary judgment.

27      (3) On December 11, 2007, this Court issued an order: (a) stating that if this case is not

28 rendered moot by agency action during the first few months of 2008, the Court denies the

FURTHER CASE MANAGEMENT STATEMENT
C 07-2188 WDB

respondents' motion for summary judgment; (b) declining to rule on petitioner's motion for summary judgment; (c) inviting the parties to engage in discovery on the issue of whether petitioner is in a group that is eligible for a visa now; (d) informing the petitioner that she may file a motion for summary judgment on this issue at any time before February 11, 2008, if she has developed sufficient evidence to support such a motion; (e) stating that if the petitioner has not filed a motion for summary judgment by February 11, 2008, and if USCIS has not by then made a decision on the I-485 application, then by February 19, 2008, the parties shall file a joint case management statement that apprises the Court of any relevant developments that have occurred between the date of the Court's order and now; (f) stating that if the petitioner's group is eligible for visas, or is about to become eligible for visas, it would issue a ruling on the pending motion for summary judgment; and (g) stating that if it is not clear whether petitioner's group is eligible for visas, then on February 26, 2008, the Court would conduct a case management conference.

(4) The petitioner has not propounded any discovery nor filed a motion for summary judgment.

(5) The respondents continue to maintain that the petitioner is in the Second Preference Category, for which visas are not currently available.

(6) On February 21, 2008, this Court granted the parties' stipulation to extend the date of the case management conference from February 26, 2008, to March 17, 2008.

(7) On March 13, 2008, this Court granted the parties' stipulation to extend the date of the case management conference from March 17, 2008, to April 21, 2008.

(8) The State Department's January Visa Bulletin stated that the priority date for Second Preference Chinese applicants will be January 1, 2003.

(9) The State Department's February Visa Bulletin stated that the priority date for Second Preference Chinese applicants will still be January 1, 2003.

(10) The State Department's March Visa Bulletin[1] stated that the priority date for Second

---

[1] In the parties' stipulation to continue the case management conference, counsel for the respondents erroneously referred to the February Visa Bulletin, instead of the March Visa Bulletin.

FURTHER CASE MANAGEMENT STATEMENT
C 07-2188 WDB

Preference Chinese applicants will be December 1, 2003, an encouraging jump of 11 months.

(11) The State Department's April Visa Bulletin states that the priority date for Second Preference Chinese applicants remains at December 1, 2003. A copy of the State Department's April Visa Bulletin is attached as Exhibit A.

(12) The petitioner's name check is still pending with the FBI. However, on February 4, 2008, the USCIS issued a new policy regarding applications that have not been adjudicated due to the pendency of an FBI name check. This new policy is attached as Exhibit B. Under the new policy, "[w]here the application is otherwise approvable and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485 . . . and proceed with card issuance."

(13) Accordingly, under the new USCIS policy, USCIS will be able to adjudicate the petitioner's I-485 once a visa number is available for the petitioner, even if the petitioner's name check is still pending.

(14) The parties ask this Court to delay ruling on petitioner's motion for summary judgment and to await information on plaintiff's availability for a visa in the State Department's May Visa Bulletin.

Dated: April 7, 2008                    Respectfully submitted,

                                        JOSEPH R. RUSSONIELLO
                                        United States Attorney


                                         /s/
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney
                                        Attorneys for Respondents

Dated: April 7, 2008                     /s/
                                        QIN CHEN
                                        Petitioner

FURTHER CASE MANAGEMENT STATEMENT
C 07-2188 WDB

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

WAYNE D. BRAZIL
United States Magistrate Judge

FURTHER CASE MANAGEMENT STATEMENT
C 07-2188 WDB