**CERTIFICATE OF SERVICE**

**Qin Chen v. Michael Chertoff**
**Case No. C 07-2188 WDB**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

Further Case Management Statement

to be served this date upon the party(ies) as follows:

✓    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

____    **FACSIMILE (FAX)** Telephone No.: (See Below)    I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____    **FEDERAL EXPRESS**

____    **CERTIFIED MAIL**

____    **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Qin Chen, Pro Se
2246 Magnolia Bridge Drive
San Ramon, CA 94582

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 7, 2008 at San Francisco, California.

                                         _____/s/_____
                                         CAROL E WEXELBAUM
                                         Legal Assistant