UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:  April 21, 2008                           Time:  1:30 p.m.

TITLE OF CASE    *Qin Chen v. Michael Chertoff, et al*

DOCKET #s:    C 07-2188 WDB

ATTORNEY(S)

Plaintiff:            pro se

Defendants:       Edward A. Olsen , Esq.

Court Reporter / Tape #:  FTR 4-21-08

**PROCEEDINGS**

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [] SETTLEMENT CONFERENCE (1ST) |
| [x] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [] OTHER: | |

NOTES:

Court discussed status of government's efforts to adjudicate Ms. Chen's pending application and scheduled a follow up status conference for **Thursday, July 24, 2008, at 1:00 p.m.**  Court will continue to defer ruling on pending Motion for summary judgment.

cc: WDB, stats