|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| QIN CHEN, | No. C 07-2188 WDB |
| --- | --- |
| Petitioner, | ORDER RE FOLLOW UP STATUS CONFERENCE |
| v. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al., | |
| Respondents. _____/ | |

On April 21, 2008, the Court conducted a conference to discuss the status of Ms. Chen's efforts to secure an adjudication of her I-485 application. For the reasons stated on the record, the Court ORDERS as follows.

The Court will continue to defer ruling on petitioner's pending motion for summary judgment.

**On Thursday, April 21, 2008, at 1:00 p.m.,** the Court will conduct a follow-up status conference in this matter. The parties may appear by telephone. If the parties choose to appear by telephone counsel for the government must initiate the conference call and must telephone the Court with Ms. Chen on the line at (510) - 637- 3909 at 1:00 p.m.

1   The parties must notify the Court promptly if there are any changes in the status
2   of Ms. Chen's application.
3   IT IS SO ORDERED.
4   Dated: April __, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

copies to:
parties of record,
wdb, stats