UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIN CHEN, | No. C 07-2188 WDB |
| Petitioner, | PROOF OF SERVICE |
| v. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al., | |
| Respondents. | |

I, the undersigned, hereby certify that I am an employee in the chambers of Magistrate Judge Wayne D. Brazil, in the U.S. District Court, Northern District of California.

That on April 22, 2008, I SERVED a true and correct copy of the Court's *AMENDED* ORDER RE FOLLOW UP STATUS CONFERENCE, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelopes in the U.S. Mail.

Qin Chen
2246 Magnolia Bridge
San Ramon, CA 94582

Dated: April 22, 2008

_____
Michelle Sicula
Law Clerk/Deputy Clerk

1