1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7 |
Attorneys for Respondents
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | OAKLAND DIVISION

12 | QIN CHEN,                                      )
                                                   ) No. C 07-2188-WDB
13 |                Petitioner,                    )
                                                   )
14 |        v.                                     )
                                                   )
15 | MICHAEL CHERTOFF, Secretary                   ) **STIPULATION TO DISMISS; AND**
     of Department of Homeland Security;           ) **[PROPOSED] ORDER**
16 | EMILIO T. GONZALEZ, Director of the           )
     U.S. Citizenship and Immigration Services;   )
17 | CHRISTINA POULOS, Acting Director of          )
     USCIS, California Service Center; and        )
18 | ROBERT S. MULLER, Director                   )
     of Federal Bureau of Investigation,          )
19 |                                               )
                Respondents.                       )
20 | _____

21 |    The petitioner, proceeding *pro se*, and respondents, by and through their attorneys of record,

22 | hereby stipulate, subject to approval of the Court, to dismiss this action because, on June 2, 2008,

23 | the United States Citizenship and Immigration Services (USCIS) approved the petitioner's I-485

24 | application to adjust her status to lawful permanent resident.

25 |    Each of the parties shall bear their own costs and fees.

26 |

27 |

28 |

STIPULATION TO DISMISS
C 07-2188 WDB

1 | Dated: June 4, 2008

Respectfully submitted,

JOSEPH R. RUSSONIELLO
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

7 | Dated: June 4, 2008

QIN CHEN
Petitioner

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: June ___, 2008

WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION TO DISMISS
C 07-2188 WDB