**MAGISTRATE CHAMBER'S COPY**

1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Respondents
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                         OAKLAND DIVISION

12  QIN CHEN,                           )
                                        )  No. C 07-2188-WDB
13          Petitioner,                 )
                                        )
14      v.                              )
                                        )
15  MICHAEL CHERTOFF, Secretary         )  STIPULATION TO DISMISS; AND
    of Department of Homeland Security; )  [PROPOSED] ORDER
16  EMILIO T. GONZALEZ, Director of the )
    U.S. Citizenship and Immigration Services; )
17  CHRISTINA POULOS, Acting Director of )
    USCIS, California Service Center; and )
18  ROBERT S. MUELLER, Director         )
    of Federal Bureau of Investigation, )
19                                      )
            Respondents.                )
20  _____

21      The petitioner, proceeding *pro se*, and respondents, by and through their attorneys of record,

22  hereby stipulate, subject to approval of the Court, to dismiss this action because, on June 2, 2008,

23  the United States Citizenship and Immigration Services (USCIS) approved the petitioner's I-485

24  application to adjust her status to lawful permanent resident.

25      Each of the parties shall bear their own costs and fees.

26

27

28

STIPULATION TO DISMISS
C 07-2188 WDB

| | |
|---|---|
| Dated: June 4, 2008 | Respectfully submitted,<br><br>JOSEPH R. RUSSONIELLO<br>United States Attorney<br><br>*/s/ Edward A. Olsen*<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Dated: June 4, 2008 | */s/ Qin Chen*<br>QIN CHEN<br>Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 7, 2008

*/s/ Wayne D. Brazil*
WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION TO DISMISS
C 07-2188 WDB