UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHEN et al,

        Plaintiff,

  v.

CHERTOFF et al,

        Defendant.

Case Number: C 07-02188 WDB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Chambers of Magistrate Wayne D. Brazil, U.S. District Court, Northern District of California.

That on June 12, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Qin Chen
2246 Magnolia Bridge
San Ramon, CA 94582

Dated: June 12, 2008

        Richard W. Wieking, Clerk

        *Sarah Weinstein*

        By: Sarah Weinstein, Law Clerk/Deputy Clerk

MAGISTRATE CHAMBER'S COPY

1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12 QIN CHEN,                      )
                                  )  No. C 07-2188-WDB
13          Petitioner,           )
                                  )
14     v.                         )
                                  )
15 MICHAEL CHERTOFF, Secretary    )  STIPULATION TO DISMISS; AND
   of Department of Homeland Security; )  [PROPOSED] ORDER
16 EMILIO T. GONZALEZ, Director of the )
   U.S. Citizenship and Immigration Services; )
17 CHRISTINA POULOS, Acting Director of )
   USCIS, California Service Center; and )
18 ROBERT S. MULLER, Director     )
   of Federal Bureau of Investigation, )
19                                )
            Respondents.          )
20 _____

21     The petitioner, proceeding *pro se*, and respondents, by and through their attorneys of record,

22 hereby stipulate, subject to approval of the Court, to dismiss this action because, on June 2, 2008,

23 the United States Citizenship and Immigration Services (USCIS) approved the petitioner's I-485

24 application to adjust her status to lawful permanent resident.

25     Each of the parties shall bear their own costs and fees.

26

27

28

STIPULATION TO DISMISS
C 07-2188 WDB

| | |
|---|---|
| Dated: June 4, 2008 | Respectfully submitted,<br><br>JOSEPH R. RUSSONIELLO<br>United States Attorney<br><br>*/s/ Edward A. Olsen*<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Dated: June 4, 2008 | */s/ Qin Chen*<br>QIN CHEN<br>Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  June 7, 2008

*/s/ Wayne D. Brazil*
WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION TO DISMISS
C 07-2188 WDB